```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                          Case No. 17-03289-JJT
Gregory Jonathan Sabo                                           Chapter 7
        Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: admin              Page 1 of 1            Date Rcvd: Nov 13, 2017
                              Form ID: ntfnmg          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2017.
db             +Gregory Jonathan Sabo,   809 Highland Ave.,   Morrisville, PA 19067-1073

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2017                              Signature:  /s/Joseph Speetjens

---

                        **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2017 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Jason M Rapa    on behalf of Debtor 1 Gregory Jonathan Sabo jrapa@rapalegal.com,
               ssprouse@rapalegal.com;mhine@rapalegal.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William G Schwab (Trustee)    schwab@uslawcenter.com,
               wschwab@iq7technology.com;ecf@uslawcenter.com
                                                                                             TOTAL: 4

ntfnmg(03/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Gregory Jonathan Sabo  
Debtor(s)

Chapter 7

Case No. 5:17−bk−03289−JJT

## Notice

**Notice of Requirement to File Certification of Completion of Financial Management Course:**

Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, you are required to file with the Court a statement of completion of a course concerning personal financial management (Official Form 423) before an Order of Discharge can be issued. If you do not file this statement on or before **November 25, 2017**, your case may be closed without the issuance of a discharge. If you subsequently file a Motion to Reopen the Case to allow for the filing of this statement, you must pay the full case reopening fee.

Official Form B 423 can be accessed at http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx.

**Address of the Bankruptcy Clerk's Office:**  
U.S. Bankruptcy Court  
274 Max Rosenn U.S. Courthouse  
197 South Main Street  
Wilkes−Barre, PA 18701  
(570) 831−2500

**For the Court:**  
Terrence S. Miller  
Clerk of the Bankruptcy Court:  
By: AutoDocketer, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: November 12, 2017